GEORGE SCHMIDT, Plaintiff, v. ROBERT McCAFFREY, Defendant.

(Supreme Court, Nassau Special Term, May, 1901.)

Pleading.

> A general denial cannot be stricken out as sham under Code Civ.
> Pro., § 538, but only a "defence". A "denial" is not a "defence"
> in the terminology of pleading.

MOTION to strike out the answer as sham. The answer is a general denial only.

Edward L. Frost for plaintiff.

John B. Merrill for defendant.

GAYNOR, J.: Section 538 of the Code of Civil Procedure is that "A sham answer or a sham defence may be stricken out", etc. This distinguishes an "answer" and a "defence" as separate things in the terminology of pleading, whereas the term "answer" includes the term "defence". An answer may consist of a denial or denials only, or of a "defence" only, or of both (Code Civ. Pro. § 500). But a denial cannot be struck out as sham, i. e., false, but only a "defence" (Wayland v. Tysen, 45 N. Y. 281). This serves to illustrate the difference in terminology between a "denial" and a "defence". The inexact and unscientific language of the Code ought to be that a "defence" may be struck out as sham. There are no defences pleaded here, but only a general denial.

The motion is denied, with $10 costs.